# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHIRLEY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:19-cv-02569 |
| FAYETTE JANITORIAL SERVICE, LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Comes the Plaintiff, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), and hereby stipulates that the claims against Defendant Fayette Janitorial Service, LLC should be dismissed with prejudice, with each party to bear its or her own attorney fees and discretionary costs.

SO STIPULATED this 18th day of December, 2019.

/s/ James M. Allen w/permission  RLB
James M. Allen, Esq.
Allen Law Firm PLLC
212 Adams Avenue
Memphis, TN 38103
Tel. (901) 321-0731
E-mail: jim@jmallenlaw.com

*Attorney for Plaintiff, Shirley Smith*

/s/Robert L. Bowman
Robert L. Bowman (BPR No. 017266)
Bryce E. Fitzgerald (BPR No. 033289)
**KRAMER RAYSON LLP**
P.O. Box 629
800 South Gay Street, Suite 2500
Knoxville, Tennessee 37929
Tel. (865) 525-5134
E-mail: rlbowman@kramer-rayson.com
E-mail: bfitzgerald@kramer-rayson.com

*Attorneys for Fayette Janitorial Service, LLC*